# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD BARRANCO, an individual, and ONCOURSE TECHNOLOGIES, INC., a Nevada corporation,<br><br>Plaintiffs<br><br>v.<br><br>BERNARD WOODS, III, an individual, et. al.<br>Defendants | Case No.: 3:19-cv-00072-RCJ-WGC<br><br>**Order**<br><br>Re: ECF No. 12 |
| BERNARD WOODS, III, an individual<br><br>Counterclaimant,<br><br>v.<br><br>RONALD BARRANCO, an individual, and ONCOURSE TECHNOLOGIES, INC., a Nevada corporation, et. al.<br><br>Counter-Defendants | |

Defendant/Counterclaimant Bernard Woods, III (Woods), filed a Motion for Leave to File Amended Counterclaim. (ECF Nos. 12, 12-1.) No opposition was timely filed.

The motion actually seeks leave to file a first amended answer and counterclaims.

Woods' motion (ECF No. 12) is **GRANTED**. Woods must file and serve his first amended answer and counterclaims on or before **May 21, 2019**.

Plaintiffs/Counter-Defendants Ronald Barranco and OnCourse Technologies, Inc., must file and serve their answer to the first amended counterclaims on or before **June 4, 2019**.

**IT IS SO ORDERED**.

Dated: May 14, 2019

                                                              _William G. Cobb_
                                                              William G. Cobb
                                                             United States Magistrate Judge