# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD BARRANCO, an individual, *et al.*,<br><br>　　　　　　Plaintiffs,<br>vs.<br><br>BERNARD WOODS, III, an individual,<br><br>　　　　　　Defendant. | Case No.: 3:19-CV-00072-RCJ-WGC<br><br>ORDER GRANTING IN PART MOTION TO SET AN EXPEDITED HEARING |
| BERNARD WOODS, III, an individual,<br><br>　　　　　　Counterclaimant,<br>vs.<br>RONALD BARRANCO, an individual, *et al.*,<br><br>　　　　　　Counter-defendants. | |

Before the Court are Defendants-Counterclaimants' Motion for Summary Judgment (ECF No. 19); and Defendants' Motion to Set an Expedited Hearing (ECF No. 22) on or before August 1, 2019.

IT IS HEREBY ORDERED that Defendants' Motion to Set an Expedited Hearing (ECF No. 22) on or before August 1, 2019, is DENIED IN PART AND GRANTED IN PART.

IT IS FURTHER ORDERED that a motion hearing on Defendants - Counterclaimants' Motion for Summary Judgment (ECF No. 19) is set for 10:00 A.M., Tuesday, August 6, 2019, in Reno Courtroom 3, before Judge Robert C. Jones.

IT IS SO ORDERED.

DATED: This 27th day of June, 2019.

_____
ROBERT C. JONES
Senior District Judge