# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD BARRANCO, an individual, *et al.*,<br><br>                  Plaintiffs,<br>vs.<br><br>BERNARD WOODS, III, an individual,<br><br>                  Defendant.<br><br>BERNARD WOODS, III, an individual,<br><br>                  Counterclaimant,<br>vs.<br>RONALD BARRANCO, an individual, *et al.*,<br><br>                  Counter-defendants. | Case No.: 3:19-CV-00072-RCJ-WGC<br><br>ORDER GRANTING STIPULATION FOR EXTENSION OF TIME (ECF NO. 25) AND ORDER RESCHEDULING MOTION HEARING |

      Before the Court is the parties Stipulation to Extend Time for Defendant-Counterclaimant to File Reply to Opposition to Motion for Summary Judgment (ECF No. 25). The parties stipulate that the Defendant-Counterclaimant's Reply deadline be extended until July 31, 2019. The current deadline was July 25, 2019.

      A motion hearing on Defendant-Counterclaimant's Motion for Summary Judgment (ECF No. 19) is currently set for 10:00 A.M., Tuesday, August 6, 2019, in Reno Courtroom 3, before Judge Robert C. Jones. Accordingly,

IT IS HEREBY ORDERED that the Stipulation to Extend Time for Defendant-Counterclaimant to File Reply to Opposition to Motion for Summary Judgment (ECF No. 25) is GRANTED.

IT IS FURTHER ORDERED that the motion hearing on Defendant - Counterclaimant's Motion for Summary Judgment (ECF No. 19) currently set for 10:00 A.M., Tuesday, August 6, 2019 is VACATED and RESCHEDULED to 10:00 A.M., Monday, September 16, 2019, in Reno Courtroom 3, before Judge Robert C. Jones.

IT IS SO ORDERED.

DATED: This 26th day of July, 2019.

_____
ROBERT C. JONES
Senior District Judge