VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
THE LAW OFFICE OF VERNON NELSON
6787 W. Tropicana Ave., Suite 103
Las Vegas, NV 89103
T: 702-476-2500 | F: 702-476-2788
vnelson@nelsonlawfirmlv.com
*Attorneys for Defendant/Counterclaimant,*
*Bernard Woods, III*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD BARRANCO, an individual, and ONCOURSE TECHNOLOGIES, INC., a Nevada Corporation;<br><br>Plaintiff,<br><br>v.<br><br>BERNARD WOODS, III<br><br>Defendants. | Case No.: 3:19-cv-00072-RCJ-WGC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING PRE-TRIAL ORDER UNTIL NOVEMBER 25, 2019** |
| BERNARD WOODS, III, an individual;<br><br>Counterclaimant,<br><br>v.<br><br>RONALD BARRANCO, an individual, and ONCOURSE TECHNOLOGIES, INC.,<br><br>Counter-Defendants. | |

This Stipulation and Order to extend expert disclosures is made and entered into by and between Plaintiff/Counter-Defendant Ronald Barranco and OnCourse Technologies and Defendant/Counterclaimant Bernard Woods, by and through their respective undersigned counsel of record. This request is made in good faith and not for the purpose of delay.

///

///

///

///

Each party agrees to request that the Court extend the deadline for filing the pre-trial order until November 25, 2019. The parties have been diligently working on the pre-trial order. However, they have not been able to finish their review of Exhibits and any potential objections. The parties intend to file the Pre-trial Order by November 25, 2019.

THE LAW OFFICE OF VERNON NELSON

*/s/ Vernon A. Nelson, Esq.*
Nevada Bar No.: 6434
6787 W. Tropicana Ave., Ste. 103
Las Vegas, Nevada 89103
(702)476-2500
vnelson@nelsonlawfirmlv.com

KING AND RUSSO, LTD.

*/s/ Patrick O. King, Esq.*
Nevada Bar No.: 5035
123 W. Nye Ln., Ste. 711
Carson City, Nevada 89706
(775)884-0866
king@kingandrussolaw.com

**IT IS SO ORDERED.**

DATED: November 19, 2019

_____
U.S. MAGISTRATE JUDGE