UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RONALD BARRANCO, an individual, and
ONCOURSE TECHNOLOGIES, INC., a     Case No.:3:19-CV-00072-RCJ-WGC
Nevada Corporation;

      Plaintiff,

v.

BERNARD WOODS, III, an individual,
DOES I through X; AND ROE
CORPORATIONS I through X, inclusive,

      Defendants.    /

BERNARD WOODS, III, an individual,

      Counterclaimant,      **ORDER** OF **DISMISSAL WITH**

  v.      **PREJUDICE**

RONALD BARRANCO, an individual, and
ONCOURSE TECHNOLOGIES, INC., a
Nevada Corporation; DOES I through X; AND
ROE CORPORATI.ONS I through X,
inclusive;

      Counter-Defendants.    /

    This Stipulation and Order to dismiss the above entitled-action with prejudice is made and entered into by and between Plaintiffs/Counter-Defendants Ronald Barranco and OnCourse

1

Technologies, Inc., and Defendant/Counterclaimant Bernard Woods, by and through their respective undersigned counsel of record.

IT IS STIPULATED between the parties to the above-entitled action, through their respective counsel of record, that the above-entitled action be dismissed with prejudice with each party to bear the costs and fees of that party.

IT IS SO STIPULATED.

**IT IS SO ORDERED.**

DATED: January 10, 2020.

U.S. DISTRICT JUDGE

Hon. Robert C. Jones